

# Fourth Court of Appeals
## San Antonio, Texas

September 15, 2016

No. 04-16-00395-CV

Matthew **PERDUE** and Team 1 Consulting, LLC,
Appellants

v.

Jay D. **PFEIFER** and CCNBI, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-CI-07859
Honorable Renée Yanta, Judge Presiding

## O R D E R

Appellant's motion for extension of time to file their brief is GRANTED. Appellants' brief is due on **September 28, 2016.**

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of September, 2016.

_____
Keith E. Hottle
Clerk of Court